

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 2, 2026

**Re: February 2026 Federal Circuit Sitting Information**

Dear Arguing Counsel,

    Your case has been scheduled for oral argument during the Court's February 2026 sitting. This letter provides relevant logistical information concerning your appearance before our court.

    In anticipation of any weather-related emergency that would result in access to the National Courts Building being impacted, oral argument may be conducted via video conference. Arguing counsel will be notified via the court's notification system by 7:00 a.m., with a follow-up email by 8:00 a.m. the morning of argument should we need to move to video conference. In the email, you will be provided a link to access the video conference.

    All contact information will need to be verified prior to the February sitting. Please complete the [Emergency Notification Form](#) no later than **January 23, 2026**, to ensure we have your current telephone number and email address.

    Please note that arguments by video conference must be conducted via a laptop or stand-alone PC and not by mobile devices (iPhones, iPads, etc.). Please plan accordingly.

    If you have any questions concerning logistics, please contact the Clerk's Office at (202) 275-8035.

Sincerely,

Jarrett B. Perlow
Clerk of Court